[No. 47809-9-II.   Division Two.   November 29, 2016.]

*In the Matter of the Marriage of* MICHAEL KENICHI GRAY, *Appellant*, and SARA JUNE GRAY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-01148-7, Jack F. Nevin, J., entered July 2, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 47978-8-II.   Division Two.   November 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW L. MERKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03467-1, Stanley J. Rumbaugh, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Sutton, JJ.

[No. 48008-5-II.   Division Two.   November 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED DONALD EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00951-8, Stanley J. Rumbaugh, J., entered September 2, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48417-0-II.   Division Two.   November 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. OLAJUWON JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-03079-7, Frank E. Cuthbertson, J., entered November 19, 2015. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Worswick, J.